| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Maurice Jason Ovid Thomas** | Social Security number or ITIN **xxx–xx–8899** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | Date case filed for chapter **7  8/21/18** |
| Case number: **8–18–75664–reg** | | |

# ORDER TO CLOSE AUTOMATICALLY DISMISSED CASE

The above−captioned case was automatically dismissed under § 521(i)(l).

**IT IS ORDERED THAT:**

　　　　Marc A Pergament (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

　　　　The Chapter 7 case of the above−named debtor(s) is closed.


　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/  Robert E. Grossman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Dated: October 25, 2018

**BLocldsmcs.jsp** [Order to Close Automatically Dismissed Case rev. 02/01/17]